1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  TONY WEST
   Assistant Attorney General, Civil Division
4  GISELA A. WESTWATER
   Senior Litigation Counsel, District Court Section
5  PATRICIA E. BRUCKNER
   Trial Attorney (NYSB 2632156)
6  P.O. Box 868, Ben Franklin Station
   Washington, DC  20044
7  (202) 532-4325
   (202) 616-8962 (fax)
8  patricia.bruckner@usdoj.gov

9  Attorneys for Defendants

10

11           IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
12

13 PRITPAL SINGH MANN, and          )   No. 2:11-cv-02542-JAM-KJN
   RANJIT KAUR,                     )
14                                  )   STIPULATION AND ORDER
        Plaintiffs,                 )   RE: EXTENSION OF TIME
15                                  )
     v.                             )
16                                  )   Honorable John A. Mendez
   GERARD HEINAUER, DIRECTOR,       )
17 USCIS NEBRASKA SERVICE           )
   CENTER, et al.,                  )
18                                  )
        Defendants.                 )
19 ─────────────────────────────────

20
         This is an immigration case in which plaintiffs seek the adjudication of their
21
   respective applications to adjust status to lawful permanent residence (Form I-
22
   485).  Defendants' deadline to response to the complaint is January 6, 2012.
23
   Defendants' counsel requires additional time to consult with Defendant U.S.
24
   Citizenship and Immigration Services and to prepare the agency's response.  The
25
   undersigned counsel spoke with Plaintiffs' counsel, Robert B. Jobe, who
26
   consented to Defendants' request for a 60-day extension to file a response.
27
   Defendants therefore request that the time for filing the government's Answer or
28
   other response be extended to March 5, 2012.

1

2   Dated:  January 6, 2012                    Respectfully submitted,

3

4   BENJAMIN B. WAGNER                         TONY WEST
    United States Attorney                     Assistant Attorney General
5   Eastern District of California             Civil Division

6   AUDREY B. HEMESATH                         GISELA A. WESTWATER
    Assistant United States Attorney           Senior Litigation Counsel
7   501 E Street, Suite 10-100                 District Court Section
    Sacramento, CA 95814                       Office of Immigration Litigation
8   (916) 554-2729
                                               /s/ Patricia E. Bruckner
9                                              PATRICIA E. BRUCKNER
                                               Trial Attorney
10                                             District Court Section
                                               Office of Immigration Litigation
11                                             Civil Division
                                               U.S. Department of Justice
12                                             P.O. Box 868, Ben Franklin Station
                                               Washington, DC  20044
13                                             (202) 532-4325
                                               (202) 616-8962
14                                             Patricia.Bruckner@usdoj.gov

15                                             Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

PRITPAL SINGH MANN, and )      No. 2:11-cv-02542-JAM-KJN
RANJIT KAUR, )
           )
         Plaintiffs, )
           )
      v. )
           )
GERARD HEINAUER, DIRECTOR, )
USCIS NEBRASKA SERVICE )
CENTER, *et al.,* )
         Defendants. )

_____

ORDER

      Pursuant to this Stipulation and for the reasons stated therein, IT IS

HEREBY ORDERED that Defendants' Answer or other response is due by March

5, 2012.


      IT IS SO ORDERED.


DATED: 1/6/2012            /s/ John A. Mendez_____

                             Honorable John A. Mendez

                             UNITED STATES DISTRICT JUDGE