BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
TONY WEST
Assistant Attorney General, Civil Division
GISELA A. WESTWATER
Senior Litigation Counsel, District Court Section
PATRICIA E. BRUCKNER
Trial Attorney (NYSB 2632156)
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 532-4325
(202) 616-8962 (fax)
patricia.bruckner@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITPAL SINGH MANN, and RANJIT KAUR, | No. 2:11-cv-02542-JAM-KJN |
| Plaintiffs, | STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER, *et al.*, | Honorable John A. Mendez |
| Defendants. | |

This is an immigration case in which plaintiffs seek the adjudication of their respective applications to adjust status to lawful permanent residence (Form I-485).  Defendants' deadline to response to the complaint is January 6, 2012. Defendants' counsel requires additional time to consult with Defendant U.S. Citizenship and Immigration Services and to prepare the agency's response.  The undersigned counsel spoke with Plaintiffs' counsel, Robert B. Jobe, who consented to Defendants' request for a 60-day extension to file a response. Defendants therefore request that the time for filing the government's Answer or other response be extended to March 5, 2012.

Dated:  January 6, 2012                    Respectfully submitted,

BENJAMIN B. WAGNER                         TONY WEST
United States Attorney                     Assistant Attorney General
Eastern District of California             Civil Division

AUDREY B. HEMESATH                         GISELA A. WESTWATER
Assistant United States Attorney           Senior Litigation Counsel
501 E Street, Suite 10-100                 District Court Section
Sacramento, CA 95814                       Office of Immigration Litigation
(916) 554-2729

/s/ Patricia E. Bruckner
PATRICIA E. BRUCKNER
Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 532-4325
(202) 616-8962
Patricia.Bruckner@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

PRITPAL SINGH MANN, and RANJIT KAUR,

    Plaintiffs,

v.

GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER, *et al.,*

    Defendants.

No. 2:11-cv-02542-JAM-KJN

## ORDER

Pursuant to this Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Defendants' Answer or other response is due by March 5, 2012.

IT IS SO ORDERED.

DATED: 1/6/2012

/s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE