BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITPAL SINGH MANN, RANJIT KAUR, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Gerard Heinauer, et al. ) <br> ) <br> Defendants. ) <br> ) | No. 2:11-cv-2542 JAM KJN <br><br> JOINT STIPULATION AND PROPOSED ORDER RE: REQUEST FOR EXTENSION OF TIME. |

    This is an immigration case in which plaintiffs challenge the delay by U.S. Citizenship and Immigration Services' (CIS) in the adjudication of their applications for adjustment of status. The parties have previously stipulated to two extensions of time, until May 7, 2012. Defendants now request a third extension of time, until July 9, 2012, as the process of exploring an administrative resolution to the matter has not yet concluded. Plaintiffs do not object to this request. Accordingly, the parties stipulate that the date for filing the government's answer in the case is extended to July 9, 2012, and all other filing deadlines are similarly extended.

Dated: May 4, 2012

                                            BENJAMIN B. WAGNER
                                            United States Attorney


                      By:    /s/Audrey Hemesath
                            Audrey B. Hemesath
                            Assistant U.S. Attorney
                            Attorneys for the Defendants

By:   /s/ Sarah Castello
Sarah Castello
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing the government's answer to the complaint is extended to July 9, 2012.

IT IS SO ORDERED.

DATED: 5/7/2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE