Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 684-7293
Fax: (415) 684-7293
Email: federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITPAL SINGH MANN, and RANJIT KAUR<br><br>　　　　Plaintiffs,<br><br><br><br><br><br><br>GERARD HEINAUER, *et al.*,<br><br>　　　　Defendants. | No. 2:11-cv-02542-JAM-KJN<br><br>JOINT STIPULATION AND PROPOSED ORDER RE: REQUEST TO RESCHEDULE HEARING ON MOTION TO DISMISS, ALTERNATE MOTION FOR SUMMARY JUDGEMENT AND CROSS MOTIONS<br><br>Current Date: September 5, 2012<br><br>Honorable John A. Mendez |

　　　　This is an immigration case in which plaintiffs seek adjudication of their applications for adjustment of status (Form I-485). Defendants have filed a motion to dismiss; alternate motion for summary judgement and a hearing is currently scheduled for September 5, 2012. Plaintiffs' deadline to file a response to defendants' motion and cross motion is August 22, 2012. The parties hereby jointly request that the Court reschedule this hearing to November 7, 2012 and that the deadlines for responsive pleadings be adjusted accordingly. On August 17, 2012, the U.S. Department of Homeland Security ("DHS") published regulations which may have been relevant

to the instant matter. *See* Federal Register, Vol. 77, No. 160. However, after discussion, the parties have agreed that such regulations are not dispositive of this matter, and that therefore the motions hearing is appropriate. The parties therefore stipulate to and request that the instant hearing be rescheduled.

Dated:  August 21, 2012                    Respectfully submitted,


                                           /s/ Robert B. Jobe
                                           _____
                                           Robert B. Jobe
                                           LAW OFFICE OF ROBERT B. JOBE
                                           550 Kearny St., Ste. 200
                                           San Francisco, CA 94108
                                           (415) 956-5513
                                           (415) 840-0308 fax

                                           Attorney for Plaintiff


                                           /s/ Patricia E. Bruckner
                                           _____
                                           Patricia E. Bruckner
                                           Trial Attorney
                                           District Court Section
                                           Office of Immigration Litigation
                                           Civil Division
                                           U.S. Department of Justice
                                           P.O. Box 868, Ben Franklin Station
                                           Washington, DC 20044
                                           (202) 532-4325
                                           (202) 616-8962
                                           Patricia.Bruckner@usdoj.gov

                                           Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITPAL SINGH MANN, and RANJIT KAUR,    Plaintiffs, GERARD HEINAUER, *et al.*,    Defendants. | No. 2:11-cv-02542-JAM-KJN |

**ORDER**

Pursuant to the stipulation and agreement of the parties and for the reasons stated therein, IT IS HEREBY ORDERED that the motions hearing currently scheduled for September 5, 2012 hereby be rescheduled to November 7, 2012 at 9:30 a.m., and that deadlines for responsive pleadings be adjusted accordingly.

IT IS SO ORDERED.

DATED: 8/21/2012               /s/ John A. Mendez

                               Honorable John A. Mendez

                               UNITED STATES DISTRICT COURT JUDGE