IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITPAL SINGH MANN, and RANJIT KAUR,<br><br>         Plaintiffs,<br><br>v.<br><br>GERARD HEINAUER, *et al.*,<br><br>         Defendants. | No. 2:11-cv-02542-JAM-KJN |

### ORDER

Pursuant to the parties' Joint Stipulation, IT IS HEREBY ORDERED that the motion hearing for Defendants' Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment, and Plaintiffs' Cross-Motion for Summary Judgment, be rescheduled to January 9, 2013, at 9:30 a.m. Defendants' response to the cross-motion for summary judgment, and reply in support of their motion, will be due on November 30, 2012. Plaintiffs' reply in support of their cross-motion will be due on December 14, 2012.

IT IS SO ORDERED.

DATED: 10/29/2012           /s/ John A. Mendez

                            Honorable John A. Mendez

                            UNITED STATES DISTRICT COURT JUDGE

Joint Stipulation and Request to Reschedule Hearing