# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

PRITPAL SINGH MANN, and )   No. 2:11-cv-02542-JAM-KJN
RANJIT KAUR )
)
    Plaintiffs, )
)
)
GERARD HEINAUER, *et al.*, )
)
)
    Defendants. )
_____)

## <u>ORDER</u>

       Pursuant to the parties' Joint Stipulation, IT IS HEREBY ORDERED that the motion hearing for Defendants' Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment, and Plaintiffs' Cross-Motion for Summary Judgment, be rescheduled to January 9, 2013, at 9:30 a.m.  Defendants' response to the cross-motion for summary judgment, and reply in support of their motion, will be due on November 30, 2012.  Plaintiffs' reply in support of their cross-motion will be due on December 14, 2012.

       IT IS SO ORDERED.

DATED: 10/29/2012            /s/ John A. Mendez
                                  Honorable John A. Mendez

                                  UNITED STATES DISTRICT COURT JUDGE

Joint Stipulation and Request to Reschedule Hearing