BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division, Department of Justice
JEFFREY S. ROBINS
Assistant Director, District Court Section
Office of Immigration Litigation
Department of Justice
PATRICIA E. BRUCKNER
Trial Attorney (NYSB 2632156)
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 532-4325
(202) 305-7000 (fax)
patricia.bruckner@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRITPAL SINGH MANN and RANJKIT KAUR,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER, *et al.*,<br>　　　　Defendants. | No. 2:11-cv-02542-JAM-KJN<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

　　　This is an immigration case in which plaintiffs seek the adjudication of their respective applications to adjust status to lawful permanent residence (Form I-485). Defendants filed a motion to dismiss or, in the alternative, motion for summary judgment, and a hearing is currently scheduled for January 9, 2013.  Plaintiffs filed an opposition and cross-motion for summary judgment on October 24, 2012. Defendants' deadline to file a reply in support of their motion and a response to the

JOINT STIPULATION AND [PROPOSED] ORDER RE:  EXTENSION OF TIME

- 1

cross-motion is November 30, 2012.  Plaintiffs' reply in support of their cross-motion is due on December 14, 2012.

The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level.  The parties therefore stipulate that the time for filing Defendants' reply and response be extended to December 14, 2012.  The parties further stipulate that the time for filing Plaintiffs' reply be extended to December 28, 2012.

Dated:  November 30, 2012           Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | STUART F. DELERY |
| United States Attorney | Principal Deputy Assistant Attorney General |
| Eastern District of California | Civil Division, Department of Justice |
| | |
| AUDREY B. HEMESATH | JEFFREY S. ROBINS |
| Assistant United States Attorney | Assistant Director |
| 501 E Street, Suite 10-100 | District Court Section |
| Sacramento, CA 95814 | Office of Immigration Litigation |
| (916) 554-2729 | |

*/s/ Patricia E. Bruckner*
PATRICIA E. BRUCKNER
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 532-4325
(202) 305-7000
Patricia.Bruckner@usdoj.gov

Attorneys for Defendants

JOINT STIPULATION AND [PROPOSED] ORDER RE:  EXTENSION OF TIME
- 2 -

Robert B. Jobe (CA State Bar 133089)

*/s/ Sarah B. Castello* (CA State Bar 244735)
SARAH B. COSTELLO
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA  94108
(415) 684-7293
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

No. 2:11-cv-02542-JAM-KJN

I hereby certify that on this 30th day of November, 2012, I electronically filed the foregoing Joint Stipulation and [Proposed] Order Re:  Extension of Time with the Clerk of Court by using the CM/ECF system, which will provide an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

*/s/ Patricia E. Bruckner*
PATRICIA E. BRUCKNER
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044

JOINT STIPULATION AND [PROPOSED] ORDER RE:  EXTENSION OF TIME

- 3

# **ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing Defendants' response to Plaintiffs' cross-motion for summary judgment, and Defendants' reply in support of their motion be extended until December 14, 2012.  Plaintiffs' reply in support of their cross-motion will be due on December 28, 2012.

IT IS SO ORDERED.

DATED:  11/30/2012          /s/ John A. Mendez_____
                            Honorable John A. Mendez
                            UNITED STATES DISTRICT COURT JUDGE