BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division, Department of Justice
JEFFREY S. ROBINS
Assistant Director, District Court Section
Office of Immigration Litigation
Department of Justice
PATRICIA E. BRUCKNER
Trial Attorney (NYSB 2632156)
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 532-4325
(202) 305-7000 (fax)
patricia.bruckner@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRITPAL SINGH MANN and RANJKIT KAUR,<br><br>        Plaintiffs<br><br>   v.<br><br>GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER, *et al.*,<br>        Defendants. | No. 2:11-cv-02542-JAM-KJN<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case in which Plaintiffs seek the adjudication of their

respective applications to adjust status to lawful permanent residence (Form I-485).

Defendants filed a motion to dismiss or, in the alternative, motion for summary

judgment, and a hearing is currently scheduled for January 9, 2013.  Plaintiffs filed

an opposition and cross-motion for summary judgment on October 24, 2012.

Defendants' deadline to file a reply in support of their motion and a response to the

JOINT STIPULATION AND [PROPOSED] ORDER RE:  EXTENSION OF TIME

- 1

cross-motion is December 14, 2012.  Plaintiffs' reply in support of their cross-motion is due by December 28, 2012.

The parties respectfully inform the Court that they are endeavoring to reach a resolution of the matter at the administrative level.  On November 29, 2012, Defendant U.S. Citizenship and Immigration Services ("USCIS") issued a decision granting Plaintiff Ranjkit Kaur adjustment of status.  USCIS requires an additional week to issue a decision on the pending adjustment of status application filed by Plaintiff Pritpal Singh Mann.  The conclusion of both adjudications will moot the instant litigation.  The parties therefore stipulate that the time for filing Defendants' reply and response should be extended to December 21, 2012.  The parties further stipulate that the time for filing Plaintiffs' reply should be extended to January 4, 2013.

Dated:  December 13, 2012          Respectfully submitted,

BENJAMIN B. WAGNER              STUART F. DELERY
United States Attorney              Principal Deputy Assistant Attorney General
Eastern District of California        Civil Division, Department of Justice

AUDREY B. HEMESATH            JEFFREY S. ROBINS
Assistant United States Attorney      Assistant Director
501 E Street, Suite 10-100          District Court Section
Sacramento, CA 95814            Office of Immigration Litigation
(916) 554-2729

                              */s/ Patricia E. Bruckner*
                              PATRICIA E. BRUCKNER
                              Trial Attorney
                              District Court Section

JOINT STIPULATION AND [PROPOSED] ORDER RE:  EXTENSION OF TIME

Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 532-4325
(202) 305-7000
Patricia.Bruckner@usdoj.gov

Attorneys for Defendants

Robert B. Jobe (CA State Bar 133089)

*/s/ Sarah B. Castello* (CA State Bar 244735)
SARAH B. COSTELLO
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA  94108
(415) 684-7293
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

No. 2:11-cv-02542-JAM-KJN

I hereby certify that on this 13th day of December, 2012, I electronically filed the foregoing Joint Stipulation and [Proposed] Order Re:  Extension of Time with the Clerk of Court by using the CM/ECF system, which will provide an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.        */s/ Patricia E. Bruckner*

PATRICIA E. BRUCKNER

JOINT STIPULATION AND [PROPOSED] ORDER RE:  EXTENSION OF TIME

Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044

## <u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS

HEREBY ORDERED that the time for filing Defendants' response to Plaintiffs'

cross-motion for summary judgment, and Defendants' reply in support of their

motion be extended until December 21, 2012.  Plaintiffs' reply in support of their

cross-motion will be due on January 4, 2013.

IT IS SO ORDERED.

DATED:  12/13/2013

/s/ John A. Mendez_____
Honorable John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER RE:  EXTENSION OF TIME

- 4