BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division, Department of Justice
JEFFREY S. ROBINS
Assistant Director, District Court Section
Office of Immigration Litigation
Department of Justice
PATRICIA E. BRUCKNER
Trial Attorney (NYSB 2632156)
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 532-4325
(202) 305-7000 (fax)
patricia.bruckner@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRITPAL SINGH MANN and RANJKIT KAUR,<br><br>　　　　Plaintiffs<br>　v.<br>GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER, *et al.*,<br>　　　　Defendants. | No. 2:11-cv-02542-JAM-KJN<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL |

　　　This is an immigration case in which Plaintiffs challenged the delay in the adjudication by U.S. Citizenship and Immigration Services ("USCIS") of their respective applications to adjust status to lawful permanent residence.  Plaintiff Kaur's application has been approved, and Plaintiff Mann's application has been denied.  Accordingly, the parties stipulate to dismissal of the lawsuit as moot, with each party to bear its own court costs and attorney's fees.

JOINT STIPULATION AND ORDER RE:  DISMISSAL

- 1

| | |
|---|---|
| Dated: December 21, 2012 | Respectfully submitted, |
| BENJAMIN B. WAGNER<br>United States Attorney<br>Eastern District of California | STUART F. DELERY<br>Principal Deputy Assistant Attorney General<br>Civil Division, Department of Justice |
| AUDREY B. HEMESATH<br>Assistant United States Attorney<br>501 E Street, Suite 10-100<br>Sacramento, CA 95814<br>(916) 554-2729 | JEFFREY S. ROBINS<br>Assistant Director<br>District Court Section<br>Office of Immigration Litigation<br><br>*/s/ Patricia E. Bruckner*<br>PATRICIA E. BRUCKNER<br>Trial Attorney<br>District Court Section<br>Office of Immigration Litigation<br>U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC  20044<br>(202) 532-4325<br>(202) 305-7000<br>Patricia.Bruckner@usdoj.gov<br><br>Attorneys for Defendants<br><br>Robert B. Jobe (CA State Bar 133089)<br><br>*/s/ Sarah B. Castello* (CA State Bar 244735)<br>SARAH B. COSTELLO<br>LAW OFFICE OF ROBERT B. JOBE<br>550 Kearny Street, Suite 200<br>San Francisco, CA  94108<br>(415) 684-7293<br>(415) 684-7293 (fax)<br>federal@jobelaw.com<br><br>Attorneys for Plaintiffs |

JOINT STIPULATION AND ORDER RE:  DISMISSAL

- 2

# CERTIFICATE OF SERVICE

No. 2:11-cv-02542-JAM-KJN

I hereby certify that on this 21st day of December, 2012, I electronically filed the foregoing Joint Stipulation and Order Re: Dismissal with the Clerk of Court by using the CM/ECF system, which will provide an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

> /s/ Patricia E. Bruckner
> PATRICIA E. BRUCKNER
> Trial Attorney
> District Court Section
> Office of Immigration Litigation
> U.S. Department of Justice
> P.O. Box 868, Ben Franklin Station
> Washington, DC  20044

# ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed.  Each party shall bear its own court costs and attorney's fees.

IT IS SO ORDERED.

DATED: 12/21/2012        /s/ John A. Mendez_____
                         Honorable John A. Mendez
                         UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND ORDER RE:  DISMISSAL

- 3